Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
для the

District of Columbia

EXPEDITED-Civil Division-EXPEDITED

| | |
|---|---|
| Gayle George<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Superior Court of the District of Columbia<br>US Marshal Service<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:24-cv-01598<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gayle George |
   | Street Address | 412 Quackenbos Street NW |
   | City and County | Washington |
   | State and Zip Code | District of Columbia 20011 |
   | Telephone Number | 2023788834 |
   | E-mail Address | gaylegeorgei@hotmail.com |

   **RECEIVED JUN 20 2024**
   **Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
- Name: Superior Court of the District of Columbia (Case Number 2022-ltb-002161)
- Job or Title *(if known)*:
- Street Address: 500 Indiana Avenue NW Courtroom 519
- City and County: Washington
- State and Zip Code: District of Columbia 20001
- Telephone Number: (202) 879-0422
- E-mail Address *(if known)*: judgemckennachambers@dcsc.gov

**Defendant No. 2**
- Name: US Marshal Service of the Superior Court of the District of Columbia
- Job or Title *(if known)*:
- Street Address: 500 Indiana Avenue NW Suite C-250
- City and County: Washington
- State and Zip Code: District of Columbia 20001-2131
- Telephone Number: (202) 616-8622
- E-mail Address *(if known)*: DCevictions@usdoj.gov

**Defendant No. 3**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Does the US Constitution limit the jurisdiction and application of that jurisdiction to the types of property that the DC Superior Courts can make a valid decision on and the US Marshal Service can lawfully enforce in Article 1, Section 8, Clause 17? Do congressional limitations defined in Article 1, Section 8, Clauses 10, 3, and 14 extend to constitutionally bound public agencies like the US Marshal Service?

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events giving rise to Relator's claim occurred in the Superior Court of the District of Columbia. Petitioner is not an attorney and has no adequate remedy at law. Petitioner is not engaged in interstate commerce. Petitioner's property is private, non-commercial, non-agricultural, non-industrial us or income producing being quietly occupied as her personal home and private shelter for more than 17 years. As one of the sovereign people described in the constitution, petitioner is not required to provide security to exercise the right to defend encroachment of her constitutional rights. All power is inherent in the people, and all free governments are founded on their authority and instituted for their peace, safety, happiness and the protection of property.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On May 17, 2024 at approximately 11:30 in the morning, Judge Juliet McKenna ordered the Landlord Tenant Branch of the Superior Court of the District of Columbia to allow a writ of restitution to issue 5 months after the Clerk of the Court had deemed the judgment to be expired. By statute, the judgement expired 90 days after it was first granted in January of 2023 on privately held, non-commercial property that lies outside its purview to administer. Petitioner's claim to superior title, equitable interest, and beneficial ownership has not been heard. On May 29, 2024, the US Marshals Service issued a notice of its charge execute the unlawfully issued writ to take possession of petitioner's personal home and private shelter, outside of its duties as a federal law enforcement agency as early as June 19, 2024.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In order to make a valid, lawful, in rem decision regarding the seizure and administration of private, non-governmental, non-commercial property, the court must have proof on the record that the property was ceded to or administered for government use or acquired by just compensation. The record is absent such proof or evidence that petitioner qualifies among the statutorily defined "persons" with capacity to engage. The facts underlying my claim that judgements made during upon proceedings in the Superior Court of the District of Columbia under case numbers 2022-LTB-002141 following 2015-CA-9363 are void ab initio are attached. Any order issuing from either judgment is also is void. Petitioner is unclear as to why public entities and officials have taken an interest in the administration of private property which they are duty-bound to protect absent any conscionable agreement, criminal justification or evidence of compensation under imminent domain laws. Their pursuit under commercial codes with no lawful delegation of authority violate public policy, contract law, and statutes outlawing slavery and peonage.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Petitioner is facing imminent danger of being dispossessed of her personal home and private shelter of 17 years due to a writ of restitution which was activated by leave of court on an expired judgment that was void ab initio. With no adequate remedy at law, Petitioner is seeking the protections of the court to which she is entitled to save her from the irreparable harm enforcement of this unlawful writ will cause. Monetary damages at a later time would not adequately compensate the loss of faith and deprivation of her constitutional right to personal security and private shelter levied by judicial officers and public trustees under oath to protect and uphold the US Constitution. The resulting exposure would not only impact her ability to care for herself and her family, it would cause long term intergenerational trauma for everyone exposed to armed officers barring access to essential, life-sustaining services, shelter and earthly possessions necessary secure Petitioners' well-being in violation of public policy. Petitioner fears that if Respondents are allowed to continue abusing discretions of their public offices in violation of the constitutional limits of their jurisdiction, they will continue to do so and the public good will suffer.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Petitioner is requesting a permanent injunction against the execution of any writ or order extending from an unlawful judgment which would result in irreparable injury by dispossessing her of her home and private shelter while she is in active pursuit of a just resolution in equity. As beneficiary of the public trust and one of the "people" the US Constitution was created to protect, Petitioner has a right to the relief requested at least until such time as the US District Court can thoroughly review Petitioner's grievance and adjudicate the controversy that has been presented before all interested parties. As public officials, respondents have a duty to protect petitioner in her private capacity and that is all this injunction is designed to do. Any alleged contract or agreement which would result in the irreparable harm a dispossession could only only been unconscionable and therefore unenforceable. The wrongs alleged are continuing at the present time until Petitioner is granted the protections of the court being sought through this injunction.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 20, 2024

Signature of Plaintiff
Printed Name of Plaintiff: Gayle George

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print   Save As   Add Attachment   Reset