RECEIVED
SEP U 3 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01598-JMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Superior Court of the District of Columbia Office of General Counsel

was received by me on *(date)* 29 Aug 2024

☐ I personally served the summons on the individual at *(place)* Daisy, 500 Indiana Ave NW, Washington, 20001 2131 on *(date)* 30 Aug 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 29 Aug 2024

Server's signature

Naccus Ridley
Printed name and title

541 Thayer Ave, Silver Spring MD 20910
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01598-JMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**RECEIVED SEP 0 3 2024 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

This summons for *(name of individual and title, if any)* US Marshal Service of the Superior Court of the District of Columbia
was received by me on *(date)* 8/29/2024

☑ I personally served the summons on the individual at *(place)* Brian Park, Deputy Marshall 500 Indiana Ave NW C20 WDC 20001 on *(date)* 8/30/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/2/2024

Server's signature

Naomi Washington-Reque
Printed name and title

16 53rd St SE WDC 20019
Server's address

Additional information regarding attempted service, etc:



**RECEIVED**
SEP 0 3 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01598-JMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 412 Quackenbos St NW Quadrant

was received by me on *(date)* 29 August 2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Mosi Oakes, a person of suitable age and discretion who resides there,
on *(date)* 30 Aug 2024, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 30 Aug 2024

_____
Server's signature

Nnacius Ridley
Printed name and title

541 Thayer Ave, Silver Spring MD 20700
Server's address

Additional information regarding attempted service, etc:

