Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

EXPEDITED-Civil Division-EXPEDITE

| | | |
|---|---|---|
| Gayle George <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> 412 Quackenbos Street NW Quadrant <br> Washington, District of Columbia <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24-cv-01598 <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gayle George |
| Street Address | 412 Quackenbos Street NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20011 |
| Telephone Number | 2023788834 |
| E-mail Address | gaylegeorgei@hotmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | 412 Quackenbos Street NW Quadrant Washington, District of Columbia |
| Job or Title *(if known)* | |
| Street Address | 412 Quackenbos Street NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20011 |
| Telephone Number | (202) 882-2210 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Article 1, Section 8, Clauses 3, 10, 14, and 17 as well as the 4th and 5th Amendments of the Constitution

s

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
The events giving rise to Relator's claim occurred through proceedings brought in the Superior Court of the District of Columbia regarding title and possession of private, non-commercial, non-agricultural, non-industrial property which has served as Relator's home and private shelter for more than 17 years. While final judgements are on review, Relator remains in imminent danger of irreparable injury. Final appeal is inadequate to address and resolve the current threat and ongoing harm Relator continues to face.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
On May 17, 2024 at approximately 11:30am, Judge Juliet McKenna ordered the Landlord Tenant Branch of the Superior Court of the District of Columbia to allow a writ of restitution to issue on a long expired judgment for possession which was entered by default in violation of statutory requirements. The judgment is void ab initio because was made against a party and property that lie outside of the franchise license of the court to administer public of commercial property. On May 29, 2024, the US Marshal Service issued a notice of its intent to execute the unlawfully issued writ for possession of Relator's home and private shelter beyond its primary duty as a federal law enforcement agency. Relator's undisputed claim to superior equitable and prescriptive title and beneficial ownership remains pending.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The primary facts underlying this claim is that statutes have been used as a cloak for fraud to excuse prerequisites on the type of public/commercial property over which the Superior Court of the District of Columbia can take jurisdiction and ignore legitimate challenges to presumptions of the court that rendered judgements which were void ab initio. Instead of recognizing that the subject matter was improper for the court to exercise jurisdiction over, the court engaged the US Marshals Service to execute what amounts to an unlawful seizure of private property. By statutory definition, Relator never qualified for a "real estate loan" on private, non-commercial/agricultural/industrial property which could have been secured by a "mortgage" or "foreclosed." There is no record that Relator's private property was converted for public use by eminent domain with due process as just compensation paid or consideration from a conscionable contract appropriately returned. Absent admissable evidence that subject matter was proper under relevant definitions and statutes, the judgement is void and its execution is unlawful and unconscionable.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Irreparable injury can be presumed where an order of the court requires an action which implicates, violates, removes, deprives or delays a fundamental constitutional right. Such an action constitutes significant material harm that is current, continued, ongoing and therefore irreparable by nature. In addition, the denial of due process inherent in previous actions which continues unaddressed through pending or onging claims Is not the type of injury that can be corrected or compensated later. The execution of a void judgement issued by default that was void ab initio qualifies as irreparable and material harm in both instances. Relator has no adequate remedy at law. Claims to superior equitable and prescriptive title and beneficial ownership based on undisputed evidence included in the attached complaint and continuous possession of her personal home and private shelter for more than 17 years remain pending. Petitioner is seeking protections of this court in the form of an immediate injunction to maintain the status quo of her continued allodial possession and avoid the irreparable harm enforcement of a void judgment will cause while claims to quiet title are litigated in a court of competent jurisdiction.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief being sought to protect against a continued deprivation of rights under an unconstitutional application of statutes include a permanent injunction against the execution of any judgement or order which would dispossess Relator of her private shelter while her claim to superior equitable title and beneficial ownership remains pending and any other relief deemed to be just and proper. As a beneficiary of the public trust and one of the the people constitutional law was created to protect, Relator has a right to the relief requested at least until such time as the District Court can thorughly review Relator's grievance and adjudicate the controversy that has been presented before all interested parties  As public officials, respondents have a duty of care to protect Relator in her private capacity. That is all this injunction is designed to do. Any alleged contract or agreement which would result in the irreparable harm a dispossession that violates public policy could only have been unconscionable and therefore unenforceable. Relator is not required to provide security to defend against the encroachment of any constitutional right including the freedom from unreasonable seizure of personal private property without just compensation.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 22, 2024

Signature of Plaintiff

Printed Name of Plaintiff: Gayle George

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

IN THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| Gayle George | Case 1:24-cv01598(TMC) |
|---|---|
| Petitioner | |
| v. | |
| 412 Quackenbos Street NW Quadrant Washington, District of Columbia | **Bill Quia Timet: TO QUIET TITLE, REMOVE CLOUD, AND PREVENT IRREPARABLE HARM FROM AN UNCONSCIONABLE CONTRACT** |
| Respondent | |

## I.   INTRODUCTION AND PARTIES

1. Gayle George, hereinafter "Relator" hereby invokes this court of equity to quiet title to the private property named in this Bill Quia Timet as a permanent injunction "against all the world."

2. Relator is the superior title holder in allodial possession of private, non-commercial/industrial /agricultural property associated with the legal inscription 412 Quackenbos Street NW quadrant Washington, District of Columbia consisting of the land and private shelter described as Parts of Lot 42 & 43 in Square 3266 in the subdivision of Lots made by William M. Terrell and George D. Little, per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 74 at folio 193, Inclusive of the Concrete walkway along the Easterly lot line as shown on location plat made by Snider & Associates dated January 23, 2007. Exhibit A

3. Relator established undisputed prescriptive title, equitable interest, and beneficial ownership in the private property by continuous, actual, open, and exclusive possession for use as her personal home and private shelter for more than seventeen consecutive years. Relator's claim to superior title is held in allod as one of the sovereign people asserting rights by the grace of almighty God.[1]

4. An "in rem" action to quiet title is properly brought against the underlying property hereinafter "Respondent," [2] not a particular person or entity, for the purpose of removing a cloud on the title.

---

[1] Distinct from statutory definition in § 47–1401 (19) The term "person" means any individual, firm, partnership, co-partnership, joint venture, association, corporation (domestic or foreign), trust, trustee of any estate, or court-appointed receiver. 1USC8

[2] In an "action in rem," "the named defendant is real or personal property." Black's Law Dictionary (10th ed.2014)

5. Other "parties" that may potentially present adverse claims include:

> US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
> U.S. Bank Global Corporate Trust | West Side Flats St Paul
> 60 Livingston Ave Ste 100, Saint Paul, MN 55107 | EP-DM-SFRE | usbank.com
> sfmortgageresearch@usbank.com
> 888-342-5733
>
> BWW Law Group
> 6003 Executive Blvd Suite 101
> Rockville, MD 20852-3813
> generalupdates@bww-law.com
> 301-961-6555
>
> Superior Court of the District of Columbia (2022-ltb-002161 & 2015-cab-009263R(RP)
> 500 Indiana Avenue NW Courtroom 519
> Washington, DC 20001-2131
> judgemckennachambers@dcsc.gov
> 202-879-0422
>
> US Marshals Service of the Superior Court of the District of Columbia
> 500 Indiana Avenue NW Suite C-250
> Washington, DC 20001-2131
> dcevictions@usdoj.gov
> 202-616-8611

6. Relator is aware of the following adverse claims evidenced by instruments clouding title. Exhibit B

   a. US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust claims legal title to the property due to a Trustee's Deed conveying property to the Bank.

   b. BWW Law Group claims an interest in the property as legal representative for US Bank National Association as Legal title Trustee for Truman 2016 SC6 Title Trust.

   c. The Superior Court of the District of Columbia claims civil jurisdiction[3] over Relator's property under local DC statutes for judicial foreclosure, [4] estates at will, [5] and tenancy at will [6] by adjudicating "final" judgments, orders, and writs for their enforcement.

   d. The US Marshals Service of the Superior Court of the District of Columbia claims the right to forcibly remove Relator from her personal home and private shelter of 17 years, despite pending claims to superior title, on the order of BWW Law Group allegedly for US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust.

---

[3] § 11–921. Civil jurisdiction.
[4] § 42–816 Sale of property — Deficiency judgments; limitations thereon; relief in suit to enforce vendor's lien.
[5] § 42–522. Estates at will; termination; creation.
[6] § 42–3203, Tenancy at will.

2

7. Relator has notified the court and all interested parties of her equitable interest and beneficial ownership in the property and acknowledged all judges, clerks and every barred officer of the court of the role it has assumed as trustee and fiduciary bound to protect her rights as beneficiary.

8. Relator brings this proceeding to remove clouds on title from parties claiming authority to act against the property because the laws of their creation render them void for the following reasons:

   a. National Banking Associations or Bank Holding Companies are not permitted to use state law to enforce any perceived enforceable contract, nor are they permitted to hire state licensed law firms or attorneys to act as debt collectors nor assign substitute trustees. [7]

   b. Banks are limited to the types of properties in which they can take an interest, how long that interest can last, and under what circumstances it can be expressed. [8] No agent, if actually acting on behalf of a principle, can pursue interests that exceed those limitations.

   c. The Superior Court presumes jurisdiction over civil matters brought **in the District of Columbia** [9] limited to property owned by or ceded to the United States, controversies of less than $50,000,[10] and matters not exclusive to the US District Court's jurisdiction.[11]

   d. The US Marshals Service is the enforcement arm of the federal court to execute all lawful writs, process, and orders issued under the authority of the United States and assist State, local, and other Federal law enforcement agencies, locate and recover missing children. [12]

9. Any judgment rendered void because of statutory limitations on the type of property in which a party can take interest; failure to offer the process due for private property to be adjudicated or

---

[7] The Bank Holding Company Act of 1956 gave the Federal Reserve broader regulatory powers over bank holding companies.
[8] 12 U.S. Code § 29 - Power to hold real property
[9] Pursuant to DC Code § 47–2201. Definitions. (d) **"In the District"** and **"within the District"** mean within the exterior limits of the District of Columbia and include all territory within such limits **owned by the United States of America**.
[10] § 11–921 (2) " …the court has jurisdiction of any civil action or other matter, at law or in equity, which is begun in the Superior Court on or after such effective date and in which the amount in controversy does not exceed $50,000."
[11] Pursuant to DC Code § 1–204.31 Judicial Powers."The Superior Court has no jurisdiction over any civil or criminal matter over which a United States court has exclusive jurisdiction pursuant to an Act of Congress."
[12] 28 U.S. Code § 566 - Powers and duties

3

seized; or parameters by which legitimate legal or equitable title interest can be exercised [13] invalidates subsequent actions and resulting clouds on title.

8. A judgment is void if the court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process, Fed. Rules Civ. Proc., Rule 60(b)(4),28 USCA Const. A void judgment is a nullity from the beginning, attended by none of the consequences of a valid judgment.

10. This determination necessitates clarification of the relationship between Relator's claim to superior equitable and prescriptive title and beneficial ownership to the property named as Respondent in this action and any other party that may express title interest or authority to act.

11. Relator is petitioning the court for an immediate temporary injunction against the enforcement of any order, instrument, judgment or alleged authority which this quiet title action will ultimately seek to cancel to maintain the status quo until this matter is fully adjudicated.

## II.    JURISDICTION AND VENUE

12. The venue is proper as the US District Court of the District of Columbia may exercise equity jurisdiction on any basis not inconsistent with the Constitution of the United States and original subject matter jurisdiction over matters involving a question or issue of federal law.

13. At issue in this case is the scope of Congressional powers enumerated in the US Constitution under Article 1, Section 8, Clause 3, to exercise legislative authority over states; Clause 10, to define and punish felonies and violations of the Law of Nations; Clause 14, to make rules for the Government; and, Clause 17, to exercise exclusive legislation in all Cases … and, to exercise like authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings.

---

[13] The law is well-settled that a void order or judgment is void even before reversal", Valley v. Northern Fire & Marine INS. CO., 254 U.S. 348,41 S. Ct. 116 (1920)

4

14. Also at issue are Fourth Amendment protections against unreasonable searches and seizures without a warrant or probable cause and Fifth Amendment protections against loss of life, liberty, or property without due process of law evidenced by just compensation.

15. The DC Code assigns civil jurisdiction to the United States District Court for the District of Columbia for matters pertaining to the distribution of estates, controversies exceeding $50,000 in value, [14] and matters concerning condemnation and seizure under eminent domain.[15]

16. Congress has determined that disputes "arising out of transactions involving international or foreign banking" are sufficiently important and have a sufficient nexus to federal interests to be deemed federal questions for purposes of federal court jurisdiction. See 12 U.S.C. 632; [16] CITIBANK, N.A., PETITIONER V. WELLS FARGO ASIA LIMITED 495 U.S. 660 (1990)

17. Relator is not questioning the constitutionality of any of these statutes, but their applicability to private, non-commercial/industrial/agricultural property used for personal shelter which has not been ceded to, owned or acquired by the municipality or US Government.

18. Relator is not an attorney and there is no adequate remedy at law in this matter unless equity jurisdiction takes precedence to alleviate the threat and provide the equitable relief being sought.

19. Relator is not required to provide security to defend against the encroachment of her constitutionally protected right to peaceful enjoyment of private property used for shelter.

---

[14] § 11–501 Civil Jurisdiction. **(H)** involving the enforcement of distribution of **estates** by executors and administrators and the payment or delivery by guardians of money or property belonging to their wards; **(4)** Any civil action (other than a matter over which the Superior Court of the District of Columbia has jurisdiction under paragraph (3) or (4) of section 11-921(a)) begun in the court during the thirty-month period beginning on such effective date wherein the amount in controversy exceeds $50,000.

[15] § 16–1301 Jurisdiction of District Court. "The United States District Court for the District of Columbia has exclusive jurisdiction of all proceedings for the condemnation of real property authorized by subchapters IV and V of this chapter, with full power to hear and determine all issues of law and fact that may arise in the proceedings."

[16] Pursuant to 12 USC § 632, Jurisdiction of United States courts; disposition by banks of foreign owned property identifies the district court as the only permissible venue for any entity operating under the Federal Reserve Act.

### III. GROUNDS FOR BILL QUIA TIMET

20. Whereas Bills Quia Timet are a proper remedy where Relator has a reasonable fear of being subjected to probable future harm by the neglect, inadvertence or culpability of another, in which case a court of equitable jurisdiction will step in to quiet his apprehension by removing the cause

21. Whereas the main objectives of a Bill Quia Timet are to guard against prospective injury, and to preserve the means by which existing rights may be protected from future or contingent harm.

22. Whereas under equity jurisdiction, on a Bill Quia Timet, a court of equity jurisdiction will:

    a. cancel a void or voidable deed, bond, note or other instrument, that may be used in the future to the Petitioner's detriment;
    b. remove clouds from title, or prevent acts which will create a cloud;
    c. enjoin the party threatening to do some act detrimental to the rights of the aggrieved/beneficiary from doing such act.

23. Relator is seeking equitable relief as quiet title to: 1) protect her rights, title, and interest in private property; 2) remove any and all clouds on the title; and, 3) avert the imminent irreparable harm she is already suffering through the violation of her constitutional rights and will inevitably suffer in the absence of the court's protection.

24. This bill quia timet allows "parties" known and unknown to affirmatively assert title interest or authority to adjudicate, administer, seize, or otherwise act in a court of competent jurisdiction.

### IV. FACTUAL BACKGROUND

25. By judicial action, instrumentalities of the local municipality issued and attempted to execute void orders [17] to dispossess Relator of her private property absent legitimate title interest, subject matter jurisdiction or proper authority to act against Relator's private property in this way. [18]

---

[17] "Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgements and orders are regarded as nullities; they are not voidable, but simply void, and this even prior to reversal." WILLIAMSON v. BERRY, 8 HOW. *945,* 540 12 L. Ed. 1170, 1189 *(1850).*

[18] Parties cannot confer subject matter jurisdiction upon a judicial tribunal by either acquiescence or consent, **nor may subject matter jurisdiction be created by waiver, estoppel, consent, or conduct of the parties**. Creighton St. Joseph Hosp. v. Tax Eq. & Rev. Comm., 260 Neb. 905, 620 N.W.2d 90 (2000).

6

26. These proceedings were allegedly initiated on behalf of US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust based on claims of being the "purchaser" from a ratified "foreclosure" sale [19] for which Relator's private shelter never qualified. [20]

27. Attorneys from BWW Law Group, a debt collector specializing in foreclosure acquisitions, litigated the case without ever providing proof of the delegated authorities by which it claimed to be acting on behalf of the bank's alleged interest in Relator's private shelter.

28. Attorneys from BWW Law Group submitted a recorded trustees' deeds evidence of its right to dispossess Relator of her home under the District's estates-at-law/tenancy-at-law statutes. [21]

29. An independent chain of title analysis determined that there was "no true sale" of Relator's private property and any alleged conveyance to another party was based on fraudulent assignments, transfers, and trustee substitutions. Exhibit C

30. The record is absent evidence of a joint will of lessor and lessee, express contract, proof of commercial tenancy[22] or legitimate conveyance to determine the applicability of cited statutes. [23]

31. Parties have misled the judiciary, exploited presumptions of the court, ignored prerequisite and precedent conditions, and used statutes as a cloak for fraud by bringing fraudulent claims into the Superior Court of the District of Columbia against private property that lies outside of the franchise of the license of the court's subject matter jurisdiction and purview.

---

[19] 12 U.S.C. 1867 requires a "Report of Condition FFIEC 031, which permits a **"foreclosure"** on "lease" of a **bank building**.
[20] See Notice of Unconscionability generally.
[21] § 42–522 **Estates at will**; termination; creation. An estate at will is one held by the joint will of lessor and lessee, and which may be terminated at any time, as herein elsewhere provided, by either party; and such estate shall not exist or be created except by express contract; provided, however, that in case of a sale of real estate under mortgage or deed of trust or execution, and a conveyance thereof to the purchaser, the grantor in such mortgage or deed of trust, execution defendant, or those in possession claiming under him, shall be held and construed to be tenants at will, except in the case of a tenant holding under an unexpired lease for years, in writing, antedating the mortgage or deed of trust.
[22] Title 42 of the DC Code for Real Property; Subtitle VII. Rental Housing and Commercial Tenancies; Chapter 32 Landlord and Tenant is where the applicable codes governing the division of the court in which this proceeding.
[23] § § 47–1401. Definitions.(22) The term "real property" means improved as well as unimproved land **in the District of Columbia**.which means property owned by the United States of America; (23) The term "residential real property" means improved **real property in the District of Columbia** which at any time during the 12 months immediately preceding its transfer contained not more than 4 dwelling units. The term "dwelling unit" shall have the same meaning as given to that term in the Zoning Regulations (11 DCMR §199).

32. Despite being noticed of errors on the record requiring equitable estoppel, the court issued void judgments granting possession of Relator's personal home to a bank engaged in strictly pecuniary activity without due process of law[24] as just compensation in violation of the fifth amendment and public policy to prevent homelessness 42 U.S.C. §3531, 42 U.S.C. §11311. [25]

33. Relator is unclear why public entities and judicial officials have taken an interest in the administration of private property which they are duty-bound to protect absent any conscionable agreement, criminal justification, or evidence of just compensation under eminent domain laws.

34. It is not in the public interest for a literal "taking" of private property to prevail under "color of law" or for Relator's beneficial and equitable rights, title, and interest, in the non-commercial, non-income producing use and quiet enjoyment of private property to be trespassed in this way.

## VI. RELIEF SOUGHT

35. With no adequate remedy at law, Relator invokes the principles of equity to fulfill the law, preserve her beneficial interests in private shelter, and protect her from irreparable injury by:

   A. Granting an immediate temporary injunction to enjoin any party claiming interest in this matter to cease all activities to enforce instruments which would dispossess Relator of her home and personal shelter while this bill quia timet to quiet title is properly adjudicated;

   B. Clarifying what "estate" was authorized to distribute Relator's private property, the terms by which that authorization was acquired, and the legislative intent of all relevant codes;

   C. Canceling all instruments representing clouds, claims, or encumbrances on Relator's allodial title to property include the vacatur of every void judgment, order and writ;

---

[24] In order to make a valid, lawful, in rem decision regarding the seizure of private property, the court must have proof on the record that the property was ceded to or administered for government use or acquired by just compensation.

[25] A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court. See Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Ill. 1999).

D. Quieting title "against all the world" to the property named as Respondent naming Relator as the rightful, exclusive, legal owner of the property in allod;

E. Summoning interested parties to provide a verified answer to this complaint under penalty of perjury including the detailed authorities by which appearing counsel has been authorized to act on behalf of any party that claims interest in this matter; and,

F. Granting any other compensatory relief deemed just and equitable by this court of equity.

I declare that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 22nd day of August 2024.

by: _____
Gayle George
℅ 412 Quackenbos Street
Northwest quadrant of Washington
District of Columbia
202-378-8834

## VERIFICATION TO COMPLAINT

I, ___Gayle George___, duly sworn, hereby depose and say that the statements in the foregoing verified complaint are true and correct to the best of my knowledge, information, and belief.

_____
Signature

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following respondents this 22nd day of August 2024.

US Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
U.S. Bank Global Corporate Trust | West Side Flats St Paul
60 Livingston Ave Ste 100, Saint Paul, MN 55107 | EP-DM-SFRE | usbank.com
sfmortgageresearch@usbank.com
888-342-5733

BWW Law Group
6003 Executive Blvd Suite 101
Rockville, MD 20852-3813
generalupdates@bww-law.com
301-961-6555

Superior Court of the District of Columbia (Case Number 2022-ltb-002161)
500 Indiana Avenue NW Courtroom 519
Washington, DC 20001-2131
judgemckennachambers@dcsc.gov
202-879-0422

US Marshals Service of the Superior Court of the District of Columbia
500 Indiana Avenue NW Suite C-250
Washington, DC 20001-2131
dcevictions@usdoj.gov
202-616-8611

_/s/ Gayle George_
Gayle George, Petitioner

1