# Exhibit A

CONSUMER INFORMATION NOTES:

1. This plan is a benefit to a consumer insofar as it is required by a lender or a title insurance company or its agent in connection with contemplated transfer, financing or re-financing.
2. This plan is not to be relied upon for the establishment or location of fences, garages, buildings, or other existing or future improvements.
3. This plan does not provide for the accurate identification of property boundary lines, but such identification may not be required for the transfer of title or securing financing or re-financing.
4. Building line and/or Flood Zone information is taken from available sources and is subject to interpretation of originator
5. No Title Report furnished



Notes:

1) Flood zone "C" per H.U.D. panel No. 0010B.

2) No property corners found. Lines shown evidenced by drawing of record and field measurment.

LOCATION DRAWING
LOTS 807, SQUARE 3266
WASHINGTON
DISTRICT OF COLUMBIA

| SURVEYOR'S CERTIFICATE | REFERENCES | | SNIDER & ASSOCIATES |
|---|---|---|---|
| THE INFORMATION SHOWN HEREON HAS BEEN BASED UPON THE RESULTS OF A FIELD INSPECTION PURSUANT TO DOCUMENTS OF RECORD AT THE OFFICE OF THE DISTRICT OF COLUMBIA SURVEYOR. LOCATION OF IMPROVEMENTS SHOWN HAS BEEN BASED UPON FIELD MEASUREMENTS FROM EXISTING LINES OF APPARENT OCCUPATION. WHENEVER POSSIBLE, PRIOR SURVEYS OF PUBLIC RECORD HAVE BEEN USED TO CONFIRM INFORMATION SHOWN | D.C. SURVEYOR RECORDS | | SURVEYORS — ENGINEERS LAND PLANNING CONSULTANTS 20270 Goldenrod Lane, Suite 110 Germantown, Maryland 20876 301/948-5100, Fax 301/948-1286 |
| | BOOK      A & T | | |
| | PAGE      3072-0 | | |
| | LIBER | DATE OF LOCATIONS | SCALE:        1" = 20' |
| DISTRICT OF COLUMBIA LICENSED SURVEYOR NO. LS 900632 | FOLIO | WALL CHECK: | DRAWN BY:      P.Y. |
| | | HSE. LOC.:    01-23-07 | JOB NO.:      07-0395 |

# Department of Consumer and Regulatory Affairs
### Building and Land Regulation Administration
### 941 North Capitol Street N.E. Room 2100
### Washington D.C. 20002

**B**

Tel:(202) 442-4470                    Fax:(202) 442-4862

# Building Permit

### THIS PERMIT IS VALID ONLY FOR THE PREMISES
### OF THE PROJECT ADDRESS

**PERMIT NO. 106224**                                    **DATE:** 4/26/2007

| ADDRESS OF PROJECT: | S S L: | SQ: 3266 | SX: | LOT: 807 |
| 412 QUACKENBOS ST NW | | WARD: | 4 ZONE r-2 | |

**DESCRIPTION OF WORK:**
REMODEL INTERIOR OF EXISTING SFD AS PER PLANS

| PERMIT TYPE: | PLANS (Y/N): | EXISTING USE: | PROPOSED USE: |
| ALTERATION AND REPAIR | Y | Single Family | Single Family |

| PERMISSION IS HEREBY GRANTED TO | PERMIT FEE: |
| **OWNER:** GAYLE GEORGE | $430.00 |

AGENT NAME:
INGRID LEON  240-462-3348

**CONDITIONS / RESTRICTIONS:**
ALL CONSTRUCTION DONE ACCORDING TO THE CURRENT BUILDING CODES ; ALL CONSTRUCTION DONE
ACCORDING TO THE CURRENT ZONING REGULATIONS ; SEPARATE ELECTRICAL, PLUMBING AND MECHANICAL
INSTALLATION PERMITS ARE REQUIRED ; TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT
OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT 1-800-521-1639 ;

TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT
1-800-521-1639;

| Interim DIRECTOR: _Linda Argo (signature)_ | PERMIT CLERK: | EXPIRATION DATE: 4/25/2008 |

Linda Argo

CONDITIONS: As a condition precedent to the issuance of this permit, the owner agrees to conform with all conditions set forth herein, and to perform the work authorized hereby in accordance with the approved application and plans on file with the District Government and in accordance with all applicable laws and regulations of the District of Columbia. The District of Columbia has the right to enter upon the property and to inspect all the work authorized by this permit and to require any change in construction which may be necessary to insure compliance with the permit and with all the applicable regulations of the District of Columbia. Work authorized under the Permit must start within one (1) year of the date appearing on this permit or this permit is automatically void. If work is not started, any application for partial refund must be made within six months of the date appearing on this permit.

THIS PERMIT MUST ALWAYS BE CONSPICUOUSLY DISPLAYED AT ADDRESS OF WORK UNTIL WORK IS COMPLETED

NOTIFY THE BUILDING INSPECTOR THE DAY THE WORK STARTS.  PHONE: (202)442-4641 941 NORTH CAPITOL ST NE WASHINGTON DC 20002.

A separate permit is required for all Plumbing, Refrigeration, Gas Fitting, and Electrical Work.

## AFFIDAVIT IN SUPPORT OF AFFIDAVIT OF PUBLICATION

The United States of America                    )
The District of Columbia                        ) Subscribed and Sworn

1. **BE IT KNOWN that I**, Gayle Denise George, hereinafter "Affiant", a Private American National, and civilian, now coming at the age of majority, fully competent, entitled to civilian due process makes Oath and affirms that the statements within this document "Affidavit in Support of Affidavit of Publication" hereinafter "Affidavit," are true of Affiant's own knowledge and express Affiant's will and intent, except as to the matters therein stated to be on information and belief, and these matters she believes to be true.

2. Affiant has personal first hand knowledge of the facts stated herein, whereby all the facts herein are true, correct, complete, and admissible as evidence in a Court of Law and in a Court of Equity, supported by the Constitution of the United States of America, as evidence and if called upon as a witness Affiant will testify to their veracity.

3. That All copies provided herein are true and accurate copies of the originals.

4. That 21 days have passed with no party coming forward and there has been no oath or affidavit received to date, nor adverse claim, nor claim of an equal, prior or superior right in regards to any interest in the same subject matter as stated in the legal ad certified by the Affidavit of Publication issued by the Daily Washington Law Reporter, surrounding the acknowledgement and acceptance of the Deed of Trust: Loan #: 6449019089, Tax Parcel ID Square: 3266 Lot: 0807 DCN#182140649, DC-4388-07, The Secretary of the District of Columbia No. 38112 and United States of America, Department of State No. 19059444-1;

5. That Affiant is the beneficial owner and nobody has made an adverse equitable claim that can confuse or suspend the Affiant's prima facie equitable title.

FURTHER AFFIANT SAYETH NAUGHT

Signed this __8th__ day of November in the year Two Thousand Nineteen.

**Gayle Denise George**, Affiant.
All Rights Reserved. Without Prejudice. Without Recourse

---

**NOTARY'S JURAT**

| | |
|---|---|
| **The Declaration of Independence at Large 4 July A.D. 1776** | ) |
| **The United States of America at Large 15 December A.D.1791** | ) |
| **The District of Columbia, 16 July A.D. 1790** | )          **s.a.** |

Before Me, the undersigned authority, a Notary Public, of the District of Columbia, on this 8th day of November 2019, **Gayle Denise George**, a natural living woman did appear before me upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of her knowledge and belief.

Witness my hand and official seal.

Notary Public

3/14/24
My commission expires

# The Daily Washington Law Reporter
## Affidavit of Publication

The State of Maryland, to wit:

Personally appeared before me, a Notary Public in and for the said State of Maryland,

**Christine Miller**

who being duly sworn according to law, on oath says she is the duly authorized agent of *The Daily Washington Law Reporter Company*, publishers of *The Daily Washington Law Reporter*, a newspaper of general circulation in the District of Columbia, aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper 3 times on the following dates:

Sep 30
Oct 7 14 2019

Agent _CM_

Costs $ 99.00

Subscribed to and sworn before me this

24ᵗʰ day, Oct, 2019

Donald J. Nichols
Notary Public, the State of Maryland
My Commission expires Sept. 25, 2021

Seal NOTARY PUBLIC

**Copy of Notice**

I, Gayle Denise George, hereby give notice of my claim of legal and equitable title, rights and interests to the property formerly known as a Deed of Trust: Loan #: 6449019089, Tax Parcel ID Square: 3266 Lot: 0807 DCN#182140649. DC-4389-07. The Secretary of the District of Columbia No. 38112 and United States of America. Department of State No. 19059444-1; which was acknowledged and accepted, and now I am the beneficial owner. I am without notice of any superior, adverse, or prior right to said property that can suspend or confuse my beneficial ownership of said property. Any person with an equal or superior right to said property must provide a written affidavit of such to the address below within 21 days of this notice or BE IT RESOLVED that the facts stated herein are true. [Gayle Denise George, 412 Quackenbos Street NW, Washington, DC RFD 20011]. Pub Dates: Sep 30, Oct 7, 14, 2019.

established 1874
*The Daily Washington Law Reporter Company*
1100 Wicomico Street, Suite 530, Baltimore, MD 21230

# Exhibit B



### Superior Court of the District of Columbia
### Civil Division, Landlord and Tenant Branch
*510 4ᵗʰ Street, N.W., Court Bldg. B, Room 110 Washington, D.C. 20001*
*Telephone: (202)879-4879 Website: www.dccourts.gov*

## REJECTION SHEET

Case Caption: U S BANK, NATIONAL ASSOCOC          2022      LTB 002161

The (name of document) Writ of Restitution          received/filed on 1/31/2024

cannot be accepted for filing and is returned herewith for the following reason(s):

☐ Incorrect case number/case caption on the document.

☐ Incorrect fee

☐ Late fee(s) may not be included on the redemption form

☐ Late fee(s) may not be included in the Consent Judgment Praecipe

☐ Leave of Court is required

☐ Judgment or time to file has expired

☐ Civil Division lacks jurisdiction- should be filed with _____

☑ Other:  The judgment has expired _____

_____

_____

_____

☐ Returned via e-mail: _____

☑ Returned to (name and address): Matthew Cohen
6003 Executive Blvd Suite 101 Rockville, MD 20852

By (Deputy Clerk): R. Richardson

Date: 2/16/2024



### Superior Court of the District of Columbia
### Civil Division, Landlord and Tenant Branch
*510 4th Street, N.W., Court Bldg. B, Room 110 Washington, D.C. 20001*
*Telephone: (202)879-4879 Website: www.dccourts.gov*

**REJECTION SHEET**

**Case Caption:** U.S. BANK, NATIONAL ASSOCOC ___ 2022 ___ **LTB** 002161 ___

**The (name of document)** Writ of Restitution ___ **received/filed on** 12/22/2023 ___

**cannot be accepted for filing and is returned herewith for the following reason(s):**

☐ Incorrect case number/case caption on the document.

☐ Incorrect fee

☐ Late fee(s) may not be included on the redemption form

☐ Late fee(s) may not be included in the Consent Judgment Praecipe

☐ Leave of Court is required

☐ Judgment or time to file has expired

☐ Civil Division lacks jurisdiction- should be filed with _____

☒ Other: Leave of court needed to file writ. _____

☐ Returned via e-mail: _____

☐ Returned to (name and address): _____
BWW LAW GROUP, LLC 6003 Executive Blvd Suite 101 Rockville, MD 20852

**By (Deputy Clerk):** L&T Management _____

**Date:** 1/11/24 _____

Rev: 1/2017



# B|W|W

6003 EXECUTIVE BLVD.
SUITE 101
ROCKVILLE, MD 20852
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

**BWW LAW GROUP, LLC**
**ATTORNEYS AT LAW**
www.bww-law.com

8100 THREE CHOPT ROAD
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

**FINAL NOTICE OF EVICTION DATE**
**Landlord Tenant Court Writ of Restitution**
**Case No. 2022 LTB 002161**

To: Gayle George
412 Quackenbos Street NW
Washington, DC 20011

***Delivered by telephone or electronic communication; first class mail to the address and posting at the property.***

The new owner has been granted a Writ of Execution for the subject property referenced above. Final Notice is hereby given pursuant to of the law of the District of Columbia Code:

- **The eviction is scheduled to be executed on 07/10/2024**
- **The eviction will be executed on this date unless the occupant(s)/tenant(s) vacates the rental unit/property prior to that date.**
- **Any personal property left in the rental unit/property will be considered abandoned and may be disposed of 7 days after the time of the eviction, excluding Sundays and Federal Holidays**
- **This is the FINAL NOTICE of the date of the eviction, even if the eviction date is postponed by the US Marshals or the court.**
- **For 7 days after the time of eviction, the occupant(s)/tenant(s) has the right to access the occupant(s)/tenant(s) personal property remaining in the rental unit/property to remove the personal property from the premises at times agreed to by the parties, excluding Sundays and federal holidays· provided, that the housing provider/owner shall grant the evicted occupant access to the rental unit/property on a Saturday if requested. This shall be no fewer than 16 total hours between the hour of 8:00 a.m. and 6:00 p.m., over a period of not more than 2 days, with no requirement that the occupant pay rent or service fees for the 7-day storage period.**
- **Any right of the evicted tenant to redeem the tenancy shall be extinguished at the time of eviction**

**Applicable Phone Numbers:**
**US Marshals Office: l-202-307-9100**
**Office of the Tenant Advocate: 1-202-719-6560**
**Landlord and Tenant Branch of the Superior Court of the District of Columbia: 1-202-879-4879**

## Superior Court of the District of Columbia
### CIVIL DIVISION, LANDLORD AND TENANT BRANCH

U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust C/O BWW Law Group, LLC , **Plaintiff**

*Alias*

vs.

L&T 2022 - LTB - 001

Name  Gayle George

Address  412 Quackenbus Street NW , *Defendant*

City: Washington, D.C.   20011

You are hereby notified that in the above-entitled cause a writ of possession has been issued, commanding me to take possession of the premises occupied by you as indicated above, and that I shall, if ordered by the plaintiff, proceed on any weekday as early as the _____ day of   **JUN 1 9 2024** , 20 _____  **AUG 1 2 2024**  *(Dates to be filled in by the U.S. Marshal's Office)* and as late as the _____ day of _____, 20 ___, at any time to execute said writ, remove any personal property found thereon and take possession of the premises.

THIS IS YOUR LAST NOTICE.

This _____ day of   **MAY 2 9 2024** _____ , 20 ____

UNITED STATES MARSHA

Superior Court

by _____  District of Columbia

*Deputy Marshal*

CV-45R/Nov.99



United States Marshals Service
**NOTICE OF EVICTION**

The United States Marshals Service has scheduled an eviction at the below-listed address.

**ALL TENANTS AND OCCUPANTS ARE ORDERED TO VACATE AND REMOVE ALL PERSONAL PROPERTY FROM THE PREMISES**

**LOCATED AT:  412 QUACKENBOS STREET, NW WASHINGTON, DC 20011**

**YOUR EVICTION DATE IS:  7/10/2024**

On that date or as soon as possible thereafter deputies will arrive at the premises and will deliver possession to the plaintiff.  Upon changing of the locks, tenant(s) will have no access to the property without the permission of the landlord.

Tenants may avoid being locked out and losing possession of personal property (i.e., furniture, clothing, and al personal items) by vacating the premises before the date below.  If you vacate the premises before the eviction you should contact your landlord to turn in the keys.

*************************************************************************************

Servicio de Alguaciles del los Estados Unidos
**NOTIFICACIÓN DE DESALOJO**

Servicio de Alguaciles del los Estados Unidos ha programado el desalojo de ocupantes de la siguiente dirección listada en el documento.

**TODOS LOS ARRENDATARIOS Y OCUPANTES DEBERÁN CUMPLIR CON LA ORDEN DE DESOCUPAR Y REMOVER TODOS LOS EFECTOS PERSONALES DE LA SIGUIENTE  PROPIEDAD:  412 QUACKENBOS STREET, NW WASHINGTON, DC 20011 EN LA SIGUIENTA FECHA:  7/10/2024**

En esa fecha o tan pronto como sea posible los ayudantes llegarán a la propiedad y entregarán la posesión al demandante.
Como consecuencia del remplazo de cerraduras, los inquilinos no tendrán acceso a la propiedad sin el permiso del dueño.
Los arrendatarios podrán evitar la pérdida de acceso y propiedad privada (Ejemplos; muebles, ropa, y efectos personales) si desocupan el domicilio antes de la fecha identificada de desalojo. En el caso que desocupe el domicilio antes de la fecha de desalojo, debería contactar al dueño para entregar las llaves.

**For more information, please contact Landlord and Tenant Court at 202-879-4879**

*Alias*                    **Possession Only**

**WRIT OF RESTITUTION**

### Superior Court of the District of Columbia
#### CIVIL DIVISION, LANDLORD AND TENANT BRANCH

(30_) 961-6555

U S Bank National Association as Legal title
Trustee to Trumman 2016 SC6 Title Trust
C/o BWW Law Group, LLC
(240) 482-0799 _____, *Plaintiff*

L&T 2022-LTB-002161

vs

Gayle George _____
, *Defendant*

**The President of the United States to the Marshal for said District of Columbia, Greeting:**

YOU ARE HEREBY COMMANDED, without delay, to cause the plaintiff to have possession of premises No. 412 Quackenbos Street NW
Washington, DC 20011

according to his recovery in this action. Return this writ to this Court immediately after you have executed it, and within seventy-five days from the date hereof, so indorsed as to show when and how you have executed the same.

**Witness**, the Honorable Chief Judge of said Court, this ___29___ day of ___May___

A.D. 20 __24__

**RKR**

CLERK OF THE COURT

### Superior Court of the District of Columbia
#### CIVIL DIVISION, LANDLORD AND TENANT BRANCH

**Alias**

U S Bank, National Association as Legal
Trustee to Trumman 2016 SC6 Title Trust
C/o BWW Law Group, LLC _____, *Plaintiff*

**Possession Only**

L&T 2022-LTB-002161

vs

Name Gayle George _____
Address 412 Quackenbos Street NW, *Defendant*
City: Washington, D.C. 20011

You are hereby notified that in the above-entitled cause a writ of possession has been issued, commanding me to take possession of the premises occupied by you as indicated above, and that I shall, if ordered by the plaintiff, proceed on any weekday as early as the ___ day of _____, 20 __
(Dates to be filled in by the US Marshal's Office)
and as late as the ___ day of _____, 20 ___, at any time to execute said writ, remove any personal property found thereon and take possession of the premises.

THIS IS YOUR LAST NOTICE.

This ___ day of _____, 20 ___

UNITED STATES MARSHAL

by _____
*Deputy Marshal*

CV-493(Rev/v)

# Exhibit C

47. In my professional observation, all the available evidence that I have examined lacks proof, or even a showing, of any proper transfer of the debt obligation (purportedly evidenced by the note) along with proper transfer of collateral rights in the real property (purportedly evidenced by the Deed of Trust) regardless of any verbiage inserted into the various assignments. In fact, there is no evidence that suggests the Gayle George note was properly transferred simultaneously with any purported transfer of the beneficial rights in the Gayle George Deed of Trust.

48. The transfer and sale of all Beneficial Interest of the Gayle George Deed of Trust to Guaranteed REMIC Pass-Through Certificates Fannie Mae REMIC Trust 2007-12 should have been done on or before the Closing Date of the Guaranteed REMIC Pass-Through Certificates Fannie Mae REMIC Trust 2007-12 which was February 28, 2007.

The above statements are affirmed by me under penalty of perjury under the laws of the State of Texas to be true and correct to the best of my knowledge and belief, are based on my own personal knowledge, and I am competent to make these statements.

FURTHER THE AFFIANT SAYETH NAUGHT

By; Joseph R Esquivel Jr

Joseph R Esquivel, Jr.
Private Investigator License # A20449
Mortgage Compliance Investigations LLC

STATE OF TEXAS        )
                      )
COUNTY OF TRAVIS      )

Subscribed and sworn before me, Lori M. Esquivel , Notary Public, on this 23rd day of June , 2023 by Joseph R Esquivel, Jr proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

Lori M. Esquivel
Notary Public

LORI M. ESQUIVEL
ID #130167889
My Commission Expires
March 25, 2027

16

Affidavit of Joseph R. Esquivel, Jr. for – Gayle George 412 Quackenbos NW Street, Washington, DC 20001

**Notice of Unconscionability**

To      : Judge Jia M. Cobb, US District Court of the District of Columbia

From   : Gayle George, Relator

Re      : Mandatory Judicial Notice of Unconscionability USDC#1:24-cv-01598

Date    : August 22, 2024

**Unconscionable Agreement/Contract**

1. Respondents have allowed the misapplication of statutory definition for "real estate/real property," "mortgage," "foreclosure," and "eviction" to be used as a cloak for fraud to justify an unlawful taking of her home and private shelter.

2. Because neither the subject property nor Relator ever qualified to apply for or receive a real estate loan secured by a mortgage/deed of trust, and banks organized under title 12 of the United States Code are not authorized to give such loans for private shelter, any claim or allegation that holds Relator personally liable for any resulting obligation was involved in such a transaction would be unconscionable as fraud in the inducement!

3. A court may refuse enforcement of a contract for the sale of goods or of an agreement collateral thereto on the ground of "unconscionability." As used herein, the term "unconscionability" signifies improvidence, total one-sidedness, oppression or unfairness in other respects, as distinguished from illegality or fraud.

4. Where it turns out that one side or the other is to be penalized by the enforcement of the terms of a contract so unconscionable that no decent, fair-minded person would view the ensuing result without being possessed of a profound sense of injustice, that equity will deny the use of its good offices in the enforcement of such unconscionability.

5. Although equity courts have refused to grant specific performance of oppressive or unconscionable contracts even if they were valid, that principle was generally deemed inapplicable to mere hardship, being limited to cases where the contract was unfairly procured by overreaching or over-keenness on the Relator's part, taking an unconscionable advantage of a defendant's necessity or weakness.

6. No fair minded person would take on a debt that the punishment for nonperformance would go against the public policy of preventing and ending homelessness. [See 42 U.S.C. § 3531, 42 U.S.C. § 11311]

7. No judicial officer accountable by his oath of office to the United States Constitution, federally codified in DC statutes, and to the people of the District of Columbia should ever allow the execution of such an agreement by contract or missing provision.

**Subject Property not Eligible for "Mortgage/Deed of Trust"**

8. The subject property was acquired and used as private shelter and land for private family enjoyment, not statutory commercial, industrial or agricultural purposes.

9. There is no provision for **"foreclosure"** in any District of Columbia statute nor all of title 7 nor 12 of the United States Code (U.S.C.) pertaining to private people or personal property, (see National Bank v. Matthews, 98 U.S. 621 (1878)).

10. Pursuant to careful reading and comprehension of the rules of construction of statutes, title 42 of the DC code which is applicable to the subject matter of "real property" located "in the District of Columbia" is linked through definitions under title 47 for the Taxation and Recordation of Real Property by "persons" engaged in taxable commercial activity.

11. Pursuant to Chapter 12 of the Code of Federal Regulations, Appendix A to Subpart D of Part 34—Interagency Guidelines for Real Estate Lending, types of **"real property"**:

(1) farmland , ranchland or timberland committed to ongoing management and agricultural production ;

(2) 1- to 4-family residential property that is *not owner occupied.*

(3) Residential property containing five or more individual dwelling units ;

(4) Completed commercial property; or

(5) Other **income producing property** that has been completed and is available for occupancy and use , except income-producing owner-occupied 1- to 4-family residential property.

12. Pursuant to these definitions, properties qualified as "real estate" are exclusively commercial, agricultural, or industrial in nature.

13. "Person" is statutorily defined in the DC Code as an agent, fiduciary or other professional acting on behalf of a legal or public entity engaged in pecuniary activities.[1]

14. Pursuant to <u>§ 47–1401. Definitions. (</u>22) The term "real property" means improved as well as unimproved land **in the District of Columbia**. (23) The term "residential real property" means improved **real property in the District** of Columbia which at any time during the 12 months immediately preceding its transfer contained not more than 4 dwelling units. The term "dwelling unit" shall have the same meaning as given to that term in the Zoning Regulations (11 DCMR §199) or government-owned property.

15. The location is described as being "in the district" which means owned by or ceded to the United States.[2] The Constitution limits the type of property in which it can take an interest by Article 1 Section 8 Clause 17.

---

[1] <u>§ 47–1401</u> (19) The term "**person**" means any individual, firm, partnership, co-partnership, joint venture, association, corporation (domestic or foreign), trust, trustee of any estate, or court-appointed receiver.

[2] (d) "**In the District**" and "**within the District**" mean within the exterior limits of the District of Columbia and include all territory within such limits **owned by the United States of America**.

16. "**Mortgage**" contracts are facilitated through a "time deposit" at an international banking facility (IBF) that only "foreigners" are permitted to establish for settlement of any type of "mortgage obligation" through an **Automated Clearing House** (ACH) [12 C.F.R. 204]

17. Pursuant to 12 CFR § 204.1 (c )(1)(ii) A mutual savings bank as defined in section 3 of the Federal Deposit Insurance Act (FDIA) (12 U.S.C. 1813(l)(5)(D) ... "time deposit" as such term is defined by the Board of Governors in Regulation D (12 CFR part 204). ... For example, "mortgage loans" insured by the Federal Housing Administration (FHA).

18. Funding through a IBF cannot be used **outside of a federal area of the United States**, therefore by default, there is NO enforceable debt lien against Relator nor the subject property which is private, noncommercial, non-business use, without the state for non-pecuniary purposes.

19. The National Banking Act makes void every mortgage or other conveyance of land as a security for money allegedly loaned by the bank at the time of the transaction to whomsoever the conveyance may be made because the bank is forbidden to accept such security, and it is void in its hands. [See: National Bank v. Matthews, 98 U.S. 621 (1878)]

20. The statutory scheme of the Federal Reserve Act evidences a clear Congressional intent that member banks may only purchase and hold **stock in subsidiaries located outside the United States** through the prescribed statutory provisions of sections 25 and 25(a) of the Federal Reserve Act. It is through these statutorily prescribed forms of organization that member banks must conduct their operations **outside the United States**. [see 12 CFR 250.143]

21. Pursuant to 12 CFR § 1026.2 (24) "Residential mortgage Transaction" means a transaction in which a mortgage, deed of trust, purchase money security interest arising

under an installment sales contract, or equivalent consensual security interest is created or retained in the consumer's principal **dwelling** to finance the acquisition or initial construction of that dwelling.

22. Pursuant 12 U.S.Code 1710 (l)(3)(A) The term "**contract mortgagee**" means a person or entity under a contract with the Secretary of Housing and Urban Development that provides for the assignment of a single-family mortgage from the Secretary to the person or entity for the purpose of pursuing foreclosure.

23. However, 12 U.S.C. 1867 requires a filing of a "Report of condition listed as  Federal Financial Institutions Examination Council (FFIEC) forms 031, 041, or 051 versions of the Consolidated Report of Condition and Income (Call Report), financial activity **outside the United States**; FFIEC 031, permits "**foreclosure**" provided it is a "lease" of a **bank building**; FFIEC 041, permits Securitization of any "mortgage backed security".

24. The Federal National Mortgage Association Charter Act (12 U.S.Code 1718) is restricted to gains in connection with the transfer of **obsolete vessels to the Maritime Administration** under chapter 573 of title 46, United States Code.

### Relator was never eligible for a "Real Estate Loan"

25. Pursuant to 7 U.S.C. 1922 only statutory "persons" qualify to apply, to wit: the Secretary may make and insure loans under this subchapter to farmers and ranchers in the United States, and to farm cooperatives and private domestic corporations, partnerships, joint operations, trusts, limited liability companies, and such other legal entities as the Secretary considers appropriate, that are controlled by farmers and ranchers and engaged primarily and directly in farming or ranching in the United States, subject to the conditions specified in this section.

26. Pursuant to 12 CFR PART 215.1(b)(1) lender bank entities may only make loans to executive officers, directors and, principal shareholders of member banks.

27. A publication from the Federal Reserve Board titled "Interpreting the Federal Reserve Act" defined the term "mortgage" as a "**chattel mortgage**" in a 1917 Federal Reserve Bulletin, the board defined the term "**real property**" as meaning the book entry of "**stocks and bonds**" pledged by a banking **affiliate**, and so does the Security and Exchange Commission (SEC).

28. Pursuant to 26 U.S. Code § 216 - Deduction of taxes, interest, and business depreciation by cooperative housing corporation **tenant-stockholder**;  The term "tenant-stockholder" means a person who is a stockholder in a cooperative housing corporation, and whose stock is fully paid-up in an amount not less than an amount shown to the satisfaction of the Secretary of the Treasury as bearing a reasonable relationship to the portion of the value of the corporation's equity in the houses or apartment building and the land on which situated is attributable to the house or apartment such person is entitled to occupy.

29. A debt collection action requires a legitimate, enforceable contract between the parties of interest and a breach thereof for any party claiming an interest to have authority to administer the subject property to pay an alleged debt.

30. Since Relator never had the capacity to apply for or receive a loan of money, credit or other property from any banking institution, never accepted delivery of a deed, no entity is entitled to receive, account for, or disburse payments nor has authority to declare a default, prove that a default has occurred or take any subsequent action.

31. For the reasons stated above, any "foreclosure" or subsequent action is an admission to unconscionability as one had no corporate capacity to apply for or receive any such loan obligation. The claim is evidence of incompetence, negligence or criminality on the part of the Respondent(s) and their assumption of risk.

WHEREFORE, upon consideration Relator moves this Court to award damages as follows:

    A. Vacature of previous "foreclosure" judgment and reassessment of ratified accounting according to GAAP;
    B. Vacature of all subsequent proceedings, judgments, writs and orders following the "foreclosure" judgment;
    C. Recognize equitable title to the property as being hereby granted to Relator in allod;
    D. Punitive damages as allowed by law;
    E. Any other relief this Court deems just and appropriate.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge. [Cf. 28 USC 1746(1)]

_____, this 22th day of August year of our lord 2024.

## IN THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gayle George<br><br>v.<br><br>412 Quackenbos Street NW Quadrant<br>Washington, District of Columbia | Case# 1:24-cv-01598<br><br>**Mandatory Judicial Notice of Trustee Acknowledgment and Description of Beneficial Interest** |

### Equity will not allow a trust to fail for want of a trustee.

**Appointment Acknowledgment:**

This communication serves as a formal acknowledgement and acceptance of the role Judge Jia M. Cobb, this court and each of its agents assumes as trustees of the public trust by their respective oaths of office and to provide the information and directives required to operate in the best interest of its primary beneficiary going forward. Your ability to fulfill the fiduciary duties and responsibilities in the best interest of the trust and its beneficiary will depend on the information provided:

**Equitable Interest Details:**

    a.   Beneficiary/Benefactor's Full Name: Gayle George

    b.   Property/Asset Description: Private/Non-Commercial, Industrial or Agricultural

Petitioner is the beneficial interest holder of superior equitable title and allodial possession of property associated with Lot 807 Square 3266 at 412 Quackenbos Street NW quadrant of District of Columbia consisting of the land and private shelter dwelling described as Parts of Lot 42 & 43 in Square 3266 in the subdivision of Lots made by William M. Terrell and George D. Little, per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 74 at folio 193. Including concrete walkway along the Easterly lot line as shown on location plat made by Snider & Associates dated January 23, 2007.

**Declaration of Interest/Adverse Claim & Directive:**

Petitioner declares beneficial interest in the subject property listed above as well as each of the security instruments which were used to create the associated trust. Petitioner's equitable interest pertains to the beneficial ownership specified property as her primary private shelter of 17 years. Petitioner has a vested interest in its potential and accumulated value. Regardless of what is currently reflected as legal title, her equitable interest is governed by the terms and conditions of the agreement that created it and protected by the maxims of equity. Trustees are liable one and the same for any breach of trust obligations pertaining to Petitioner's beneficial interests and required to exercise accountability under oath of office.

    **Beneficial Ownership**: Petitioner holds a beneficial interest, which means that she is entitled to the benefits and value that the property has generated since its inception.
    **Rights and Entitlements**: Beneficiary has the right to receive value, proceeds, and other associated advantages in accordance with the terms of the trust agreement.
    **Equitable Considerations**: Petitioner is entitled to a just and reasonable share of the property's benefits and equitable interests guided by principles of fairness and equity.
    **Trustee's Role**: Since the property is held in trust, the trustee is responsible for managing and safeguarding equitable interests and ensuring Petitioner's rights are upheld.

Please note that Petitioner's equitable interest is distinct from any claim to legal title ownership. It is important to consider both aspects when discussing matters related to this property. Should you require further information or clarification regarding this specific claim to equitable interest, do not hesitate to contact Petitioner directly at gaylegeorgei@hotmail.com.

Petitioner affirms that all statements, facts, and information presented in this petition are correct and true; and are presented as evidence 'for the record.' Petitioner, furthermore states that the aforesaid Exhibit, Evidence, Information, and Facts are placed in Evidence in this case to preserve Petitioner's right to 'Present' our own 'Proper Self' as living soul and Affirmed to the best of her knowledge and belief. Petitioner affirms by Almighty God that the words in this petition are our words and that every statement in this petition is true.

**/s/: Gayle George**

Gayle George, Beneficiary

**Equity regards the beneficiary as the true owner.**