UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gayle George, )<br>)<br>  Plaintiff, )<br>)<br>v.  )<br>)<br>  US Bank et. al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:24-CV-01598-JMC |

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia, please enter the appearance of Andrew A. Glover, Esq., Office of the Attorney General for the District of Columbia, as counsel for the Superior Court of the District of Columbia.

Date:  November 13, 2024    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

DAVID FISHER
Deputy Attorney General, Commercial Division


/s/_____
WILLIAM D. BURK, D.C. Bar # 464349
Chief, Land Acquisition and Bankruptcy Section


/s/_____
ANDREW A. GLOVER, D.C. Bar #980735
Assistant Attorney General, District of Columbia
Office of the Attorney General

400 6th Street, NW, Suite 9100
Washington, D.C. 20001
202-442-9830
202-730-1464 (fax)
andrew.glover@dc.gov
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was sent this 13th day of November, 2024 by e-service and/or first class mail, to all parties of record.

/s/
Andrew A. Glover